IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01624-BNB

JOSEPH ZEMBA,

Plaintiff,

v.

BLAKE DAVIS, Warden, U.S.P. Florence,
SARA M. REVELL., Warden, U.S.P. Florence,
JOHNNY H CHAVEZ, S.I.A. Florence,
MR. VANEK, S.I.S. Florence,
LIEUTENANT HENDERSON, S.I.S.U

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2009

GREGORY C. LANGHAM
CLERK

## ORDER TO FILE AMENDED COMPLAINT

Plaintiff, Joseph Zemba, is a prisoner in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the McCreary United States Penitentiary in Pine Knot, Kentucky. Mr. Zemba pursuant to the Court's August 4, 2009, Order has filed a *pro se* Prisoner Complaint pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388, and 28 U.S.C. § 1331.

The Court must construe the Complaint liberally because Mr. Zemba is representing himself. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should act as a *pro se* litigant's advocate. **Hall**, 935 F.2d at 1110. The Court has reviewed the Complaint and has determined that it is deficient. For the reasons stated below, Mr. Zemba will be ordered to file an Amended Complaint.

Although Mr. Zemba asserts that Defendants Johnny Chavez, Mr. Vanek, Lieutenant Henderson, and Merry Wilner have placed his life in danger by deliberately providing false information to prison gang members about him, he fails to assert how Defendants Blake Davis and Sara M. Revell personally participated in violating his constitutional rights. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, the plaintiff must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).

A defendant, such as a warden, may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Supervisor liability requires either personal direction or actual knowledge of and acquiescence in the alleged constitutional violation. *See Woodward v. City of Worland*, 977 F.2d 1392, 1400 (10th Cir. 1992); *Meade v. Grubbs*, 841 F.2d 1512, 1528 (10th Cir. 1988).

Mr. Zemba, therefore, will be directed to file an Amended Complaint that alleges how **all** named defendants personally participated in each of the alleged constitutional violations. The Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and,

2

what specific legal right [he] believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007).

Mr. Zemba also is reminded that he must state in the Amended Complaint all claims that he intends to assert against all named defendants. Accordingly, it is

ORDERED that Mr. Zemba, **within thirty days from the date of this Order**, file an Amended Complaint that complies with the directives of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Zemba, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that if Mr. Zemba fails to comply with this Order to the Court's satisfaction, and within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED December 9, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01624-BNB

Joseph Zemba
Reg No. 07109-068
US Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 12/9/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk