IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01624-BNB

JOSEPH ZEMBA,

      Plaintiff,

v.

BLAKE DAVIS, Warden, U.S.P. Florence, 2009,
SARA M. REVELL, Warden, U.S.P. Florence, 2008,
JOHNNY CHAVEZ, S.I.A. Florence,
MR. VANEK, S.I.S. Florence, and
LIEUTENANT HENDERSON, S.I.S., and
MERRY WILNER, Unit Manager,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

      Plaintiff Joseph Zemba, a federal prisoner currently incarcerated at McCreary

USP in Pine Knot, Kentucky, initiated this action on July 1, 2009, by submitting a *pro se*

Writ of Mandamus to the Court.  On August 4, 2009, Magistrate Judge Boyd N. Boland

construed the Writ as a Prisoner Complaint and instructed Mr. Zemba to file his claims

on a Court-approved form used in filing prisoner complaints.  Mr. Zemba objected to

Magistrate Judge Boland's directive.  Senior Judge Zita L. Weinshienk overruled the

objection and directed Mr. Zemba to comply with Magistrate Judge Boland's August 4,

2009.  After two extensions of time, Mr. Zemba filed his claims on a Court-approved

form on November 30, 2009.

      Upon review of the merits of Mr. Zemba's claims, Magistrate Judge Boland

entered an order on December 9, 2009, directing Mr. Zemba to file an Amended

Complaint.  Magistrate Judge Boland instructed Mr. Zemba to name proper defendants

and to assert how each named defendant personally participated in the alleged

violations of his constitutional rights.  In keeping with ***Nasious v. Two Unknown***

***B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007), Magistrate Judge Boland

instructed Mr. Zemba to submit an Amended Complaint that explains what each

defendant did to harm him, when the defendant did the harmful act, how he was

injured, and what specific legal right the defendant violated.  Mr. Zemba was warned

that if he failed to file an Amended Complaint within the time allowed the Complaint and

the action would be dismissed without further notice.

Mr. Zemba now has failed to communicate with the Court, and as a result he has

failed to amend the Complaint within the time allowed.  Upon review of the Complaint,

the Court finds that Magistrate Judge Boland correctly instructed Mr. Zemba to amend

the Complaint and name as defendants the individuals who participated in the alleged

constitutional violations.  Therefore, the Complaint and action will be dismissed.

Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for

failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this ⏁ day of ⏁January⏁, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  09-cv-01624-BNB

Joseph Zemba
Reg No. 07109-068
US Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___1/21/10___

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk